UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TYRONE HUNT, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:14-cv-01781-TWP-TAB |
| HINSON D.C. Office of Attorney General, et al. (name of second defendant is illegible), | ) |
| Defendant. | ) |

**Entry Dismissing Action and Directing Entry of Final Judgment**

This action was filed by Plaintiff Tyrone Hunt (a/k/a Tyrone Hurt) a citizen of the District of Columbia against Hinson, D.C. Office of Attorney General. The name of a second defendant named in the Complaint is illegible. Mr. Hunt seeks a million dollars and states that his claims are brought pursuant to 42 U.S.C. § 1983.

Mr. Hunt's motion for leave to proceed *in forma pauperis* [dkt. 2] is **DENIED** because he has failed to demonstrate that he is eligible to proceed in that fashion.

The PACER Case Locator reflects that Mr. Hunt is a frequent filer of frivolous litigation under both the surnames Hurt and Hunt. See *Hurt v. Paige,* No. 13-1412 (7th Cir. Apr. 5, 2013); and *Hurt v. D.C. Government,* No. 13-1413 (7th Cir. Apr. 5, 2013). He has had filing restrictions placed upon him by the federal courts for the District of Columbia, the Eastern District of California and the District of Massachusetts for filing vexatious litigation. See *Hurt v. D.C. Parole Board,* 13-11800-DJC (D. Mass. November 20, 2013) (discussing filing restrictions). This case is no exception. To the extent any meaning can be deciphered from the complaint it fails to state a claim upon which relief may be granted.

"District judges have ample authority to dismiss frivolous or transparently defective suits spontaneously, and thus save everyone time and legal expense." *Hoskins v. Poelstra,* 320 F.3d 761, 762 (7th Cir. 2003)(citing *Rowe v. Shake,* 196 F.3d 778, 783 (7th Cir. 1999)). This complaint must be dismissed for lack of jurisdiction because "[t]he Supreme Court has frequently said that a suit which is frivolous does not invoke the jurisdiction of the federal courts. . . ." *Crowley Cutlery Company v. United States,* 849 F.2d 273 (7th Cir. 1988).

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 11/5/2014

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

TYRONE HUNT
422 Chesapeake St. SE, #33
Washington, DC 20032