UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TYRONE HUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:14-cv-01781-TWP-TAB |
| | ) |
| HINSON D.C. Office of Attorney General, et al. (name of second defendant is illegible), | ) |
| | ) |
| Defendant. | ) |

FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the accompanying Order, the Court now enters FINAL JUDGMENT. The action is dismissed for lack of jurisdiction.

Date: 11/5/2014

Laura Briggs, Clerk of Court

By: _____
Deputy Clerk

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

TYRONE HUNT
422 Chesapeake St. SE, #33
Washington, DC 20032